IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:  25- |
| v. | : | DATE FILED: |
| KAREN MCCREA | : | VIOLATION:<br>18 U.S.C. § 1956(h) (conspiracy to money launder – 1 count)<br>Notice of forfeiture |
| | : | |
| | : | |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

**BACKGROUND**

At all times material to this information:

1. Defendant KAREN McCREA resided in the Eastern District of Pennsylvania.

2. Home for Unsung Veterans LLC was a business registered in the Commonwealth of Pennsylvania by defendant KAREN McCREA.

3. Governmental Entity 1 was a local governmental entity with which defendant KAREN McCREA had no affiliation, and which did neither business nor investing with Home for Unsung Veterans. Governmental Entity 1 was located in North Carolina.

4. Bank of America was a financial institution headquartered in North Carolina and insured by the Federal Deposit Insurance Corporation with certificate number 3510.

5. A business email compromise ("BEC") scheme is a form of cyber-enabled financial fraud. In a typical BEC scheme, a malicious actor compromises legitimate business email

accounts through computer intrusion techniques or social engineering and uses the accounts to cause the unauthorized transfer of funds. Techniques for perpetrating these schemes include identity theft, spoofing of emails and websites, and the use of malware. Spoofing involves sending an email from an account that closely resembles but is slightly different from the email addresses of the legitimate parties to the transaction.

6. In one type of BEC scheme, employees of victim-entities receive spoofed emails purporting to be from legitimate vendors or other business partners of the entities directing them to transfer funds to specified bank accounts or to issue checks and send them to specified addresses. The employees are defrauded through email spoofing and receive fraudulent emails from accounts that closely resemble, but are slightly different from, the email addresses of the legitimate vendors and business partners.

## THE SCHEME

7. From on or about September 25, 2020, to on or about February 28, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

## KAREN McCREA

conspired and agreed with others known and unknown to the United States Attorney to commit offenses against the United States, that is, to conduct and attempt to conduct financial transactions affecting interstate commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and which, in fact, involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## MANNER AND MEANS

It was part of the conspiracy that:

8. Defendant KAREN McCREA and others known and unknown to the United States Attorney agreed to open, and did in fact open, several business bank accounts. These bank accounts were opened in order to receive large sums of fraudulently obtained proceeds from BECs, both directly from victims as well as indirectly from other conspirators, and conduct transactions such as writing checks and wiring funds. For her participation in the scheme, defendant McCREA was permitted to keep some of the fraudulently obtained proceeds.

9. Defendant KAREN McCREA and others known and unknown to the United States Attorney used the bank accounts to launder fraud proceeds, conceal the true ownership and control of the proceeds, and perform multiple financial transactions that would disguise the source of the funds.

10. As a result of their actions, individuals known and unknown to the United States Attorney caused the proceeds of the BECs to be deposited into defendant KAREN McCREA's business bank accounts opened in the name of Home for Unsung Veterans LLC and/or defendant McCREA's personal credit union account. After the proceeds of the BECs were deposited into defendant McCREA's business bank accounts, defendant McCREA, and other individuals known and unknown to the United States Attorney, worked together to transfer the money from one business account to another, from a business account to defendant McCREA's personal bank accounts, and from one business bank account to other conspirators and to businesses whose principals were participating in the money laundering conspiracy.

11. In carrying out the conspiracy, defendant KAREN McCREA and others known and unknown to the United States Attorney laundered and attempted to launder at least approximately $326,001.50.

## OVERT ACTS

In furtherance of the conspiracy, defendant KAREN McCREA and others known and unknown to the United States Attorney committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

12. On or about October 20, 2020, defendant KAREN McCREA opened a business bank account ending in 3334 in the name of Home for Unsung Veterans LLC at Bank of America, in Philadelphia, Pennsylvania.

<u>Governmental Entity 1 BEC Scheme and Laundering of Fraudulent Proceeds</u>

13. Starting on or about September 23, 2020, the conspirators caused Governmental Entity 1 to receive spoofed emails purporting to be from one of Governmental Entity 1's contractors. The emails directed Governmental Entity 1 to update the payment information for Governmental Entity 1's contractor to a PNC Bank business account ending in 4756, which was controlled by a conspirator, and to issue payment to the contractor's updated bank account. The emails were not from Governmental Entity 1's contractor. Instead, the conspirators caused them to be sent using an email account that closely resembled, but was slightly different from, the legitimate email account of Governmental Entity 1's contractor.

On or about November 6, 2020:

14. The conspirators caused Governmental Entity 1 to wire approximately $1,521,268.40 to the PNC Bank account ending in 4756.

15. Defendant KAREN McCREA conducted a counter credit and deposited a check for approximately $157,300.80 from PNC Bank account ending in 4576 into Home for Unsung Veteran LLC's Bank of America Account ending in 3334.

16. Defendant KAREN McCREA withdrew approximately $9,500 in cash from Home for Unsung Veteran LLC's Bank of America account ending in 3334.

17. Defendant KAREN McCREA withdrew approximately $9,000 in cash from Home for Unsung Veteran LLC's Bank of America account ending in 3334.

18. Defendant KAREN McCREA obtained a cashier's check for approximately $14,000 from Home for Unsung Veteran LLC's Bank of America account ending in 3334 to pay for an apartment in Philadelphia to be used by Person 1.

On or about November 18, 2020:

19. Defendant KAREN McCREA caused approximately $62,920 to be transferred Home for Unsung Veteran LLC's Bank of America account ending in 3334 to a bank account belonging to a conspirator.

20. Defendant KAREN McCREA withdrew approximately $8,000 in cash from Home for Unsung Veteran LLC's Bank of America account ending in 3334.

21. On or about November 19, 2020, defendant KAREN McCREA caused approximately $27,000 to be transferred from Home for Unsung Veteran LLC's Bank of America account ending in 3334 into a Freedom Credit Union account belonging to defendant McCREA.

All in violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

    1.    As a result of the violations of Title 18, United States Code, Section 1956, set forth in this information, defendant

### KAREN McCREA

shall forfeit to the United States of America any property, real or personal, involved in such violations, and any property traceable to such property, including, but not limited to, the sum of $145,161.50.

    2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982.

*Christine & Ayers for*
_____
**DAVID METCALF**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KAREN MCCREA

INFORMATION
**Counts**

18 U.S.C. § 1956(h) (conspiracy to money launder – 1 count)
Notice of forfeiture

A true bill.

_____
Foreperson

Filed in open court this _____ day,
of _____ A.D. 20____

_____
Foreperson

Bail, $ _____